OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 Sufficient evidence exists to support the hearing court’s determination that defendant voluntarily consented to accompany the police officers to the station on March 13, 1991, and was not in custody when he made an exculpatory statement
 
 (see, People v Yukl,
 
 25 NY2d 585, 588-589,
 
 cert denied
 
 400 US 851).
 

 Chief Judge Kaye and Judges Simons, Titone, Bellacosa, Smith, Levine and Ciparick concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order affirmed in a memorandum.